**94–2770.** Williams v. Cent. Psychiatric Clinic. *Franklin County,* No. 94API02–228. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion denied.

**95–170.** In re Adoption of Zschach. *Fairfield County,* Nos. 1994CA14 and 1994CA19. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion granted and discretionary appeal allowed; *sua sponte,* cause consolidated with 94–2752, *supra.*

F.E. Sweeney, J., dissents.

Wright, J., not participating.